AO 245 D(3/95) Sheet 1 - Judgment in a Criminal Case for Revocations

# UNITED STATES DISTRICT COURT
## Southern District of Ohio

UNITED STATES OF AMERICA

vs.

**TERRY MICHELLE MOORE**

## JUDGMENT IN A CRIMINAL CASE
(For **Revocation** of Probation or Supervised Release)
(For Offenses Committed On or After November 1, 1987)

Case Number CR-2-02-116 (3)

Gordon Hobson, Esq.
Defendant's Attorney

**THE DEFENDANT**:

**X**   admitted guilt to violation of condition of the term of supervision.
**Based on the Probation Officer's report and the findings of the Court and pursuant to U.S.S.G. §7B1.3(a)(2), Ms. Moore's term of PROBATION is REVOKED.**

___   was found in violation of conditions after denial of guilt

Nature of Violation
Violated Mandatory Condition of Probation

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

September 8, 2005
Date of Imposition of Sentence

_/s/_
Signature of Judicial Officer

**Edmund A. Sargus, Jr.**
United States District Judge

9-16-2005
Date

AO 245 D(3/95) Judgment in a Criminal Case for Revocations: Sheet 2 - Imprisonment

Defendant: Terry Michelle Moore  Judgment --Page 2 of 3
Case Number: CR-2-02-116 (3)

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **ONE (1) DAY.**

__ The Court makes the following recommendations to the Bureau of Prisons:

**X** The defendant is remanded to the custody of the United States Marshal.
__ The defendant shall surrender to the United States Marshal for this district.
  __ at *.m. on ____ .
  __ as notified by the Marshal.

__ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons
  __ before 2 p.m. on ____ .
  __ as notified by the United States Marshal.
  __ as notified by the Probation or Pretrial Service Office.

## RETURN

I have executed this Judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____
at _____, with a certified copy of this Judgment.

James Wahlrab
United States Marshal

By _____
Deputy U.S. Marshal

AO 245B (Rev. 8/96) Sheet 3 - Supervised Release

Defendant: Terry Michelle Moore  Judgment --Page 3 of 3
Case Number: CR-2-02-116 (3)

# SUPERVISED RELEASE

The defendant is hereby placed on an **additional Supervised Release** for a term of **TWO (2) YEARS.**

The defendant shall not commit another federal, state, or local crime.

The defendant shall not unlawfully possess a controlled substance.

*For offenses committed on or after September 13, 1994:*

    The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within fifteen (15) days of placement on probation and at least two periodic drug test thereafter, as directed by the probation officer.

    __ The above drug testing condition is suspended based on the court's determination that the defendant possesses a low risk of future substance abuse.

**X** The defendant shall not possess a firearm as defined in 18 U.S.C. §921.

    If this judgment imposes a fine or a restitution obligation, it shall be a condition of probation that the defendant pay any such fine or restitution in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

    The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with the following **special condition: 1) The defendant shall serve FOUR (4) MONTHS of HOME CONFINEMENT. Electronic Monitoring shall be at the discretion of her probation officer.**

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthful all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record of personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.